CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 18 2014
JULIA C. DUDLEY, CLERK
BY: HMcDonaco
DEPUTY CLERK

| | | |
|---|---|---|
| CHARLES N. PACE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14-cv-00609 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| WARDEN MATHENA | ) | By:   Jackson L. Kiser |
|     Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of November, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge